IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANGELA BEAN**                                                                                              **PLAINTIFF**

v.                                  Case No. 3:22-cv-00241-KGB

**WAFFLE HOUSE INC.**                                                                            **DEFENDANTS**

## ORDER

On September 13, 2022, defendant Waffle House, Inc., ("Waffle House") removed this case to this Court from the Circuit Court of St. Francis County, Arkansas (Dkt. No. 1). On the Court's own motion, the Court directs the Clerk to update the docket to reflect the Delta Division.

It is so ordered this 14th day of September, 2022.

_____
Kristine G. Baker
United States District Judge