IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANGELA BEAN**                                                                                          **PLAINTIFF**

v.                              Case No. 2:22-cv-00162-KGB

**WAFFLE HOUSE INC.**                                                                            **DEFENDANTS**

**ORDER**

Before the Court is defendant Waffle House, Inc.'s ("Waffle House") motion to dismiss (Dkt. No. 13).  Waffle House states that on December 2, 2022, this Court entered an Order granting attorney Robert V. Lawson's motion to withdraw as attorney of record for Angela Bean and gave Ms. Bean until January 2, 2023, to state whether she had obtained new counsel or wished to proceed with her lawsuit *pro se* (*Id.*, ¶ 1).  Waffle House states that instead of filing a response answering the question posed by the Court's Order, on December 30, 2022, Ms. Bean filed a statement indicating that she wanted the Court to "hold my case open to seek additional counsel." (*Id.*, ¶ 2).  Waffle House argues that Ms. Bean did not comply with the Court's Order, and Waffle House seeks dismissal of Ms. Bean's complaint for failure to comply with the Court's Order (*Id.*).

Because the Court views Ms. Bean's statement as a response to the Court's Order and because the Court, as set forth below, is offering Ms. Bean another opportunity to advise the Court whether she has obtained new counsel or will proceed *pro se*, the Court denies without prejudice Waffle House's motion to dismiss (Dkt. No. 13).

The Court has received correspondence from Ms. Bean asking the Court to remove a lien that Mr. Lawson has on her case that she asserts is preventing her from obtaining new counsel. Ms. Bean offers no explanation as to why the Court should take this action at this time.  The lien issue between Ms. Bean and Mr. Lawson is not properly before the Court in this case at this time,

*see Jason M. Hatfield, P.A. v. Ornelas*, Case No. 5:22-cv-05110, 2022 WL 16838137, *7 (W.D. Ark. Nov. 9, 2022) (examining Arkansas Code Annotated § 16-22-304 and its enforcement), and the Court cannot resolve that issue for Ms. Bean at this time.

Accordingly, Ms. Bean is directed to respond to this Order and advise the Court within 30 days, regardless of how or whether the lien issue is resolved outside of this lawsuit, whether she has obtained new counsel or wishes to proceed with this lawsuit *pro se*. Ms. Bean is reminded that failure to respond to this Order may result in dismissal of her lawsuit. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas.

It is so ordered this 14th day of February, 2023.

_____
Kristine G. Baker
United States District Judge